UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 11 2012
Clerk, U.S. District and
Bankruptcy Courts

MARCO EDMONDS-EL, )
)
Petitioner, )
)
v. ) Civil Action No. 12-1407
)
STATE OF MARYLAND, *et al.*, )
)
Respondents. )

## MEMORANDUM and ORDER

This matter is before the Court on petitioner's amended petition for a writ of habeas corpus. The Court treats this submission as a motion to reopen this action and for leave to file an amended petition. The motion will be denied.

The proper respondent in a habeas corpus action is the petitioner's warden, *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004), and this Court "may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's demand for a writ of habeas corpus "to void Judgment made by State of Maryland, Prince George's County Department of Corrections Detention Center," Am. Pet. at 1, is not a matter properly before this Court. Accordingly, it is hereby

ORDERED that petitioner's motion to reopen and for leave to file an amended petition is denied.

SO ORDERED.

/s/ *signature*
United States District Judge

DATE: October 5, 2012